IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LEE ROY CRAWLEY, | |
| Plaintiff, | Civil Action Number<br>4:11-cv-00578 |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | JOINT STIPULATION<br>OF DISMISSAL WITH |
| Defendant. | PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff Lee Roy Crawley, and the Defendant NCO Financial Systems, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: Nov. 28, 2011          By: /s/J. Mark Meinhardt
                              J. Mark Meinhardt, #53501
                              4707 College Boulevard, Suite 100
                              Leawood, KS  66211
                              Telephone: (913) 451-9797
                              Facsimile:  (913) 451-6163
                              MeinhardtLaw@sbcglobal.net
                              **ATTORNEY FOR PLAINTIFF**

Dated: Nov. 28, 2011          By: /s/Paul Croker
                              Richmond M. Enochs, #36819
                              Paul Croker, #57000
                              Wallace, Saunders, Austin, Brown & Enochs, Chtd.
                              10111 West 87th Street
                              Overland Park, KS 66212
                              Telephone: (913) 888-1000
                              Facsimile:  (913) 888-1065
                              REnochs@WallaceSaunders.com
                              PCroker@WallaceSaunders.com
                              **ATTORNEY FOR DEFENDANT**