IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LEEROY CROWLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 11-0578-CV-W-SOW |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is a Joint Stipulation of Dismissal With Prejudice (Doc. #23). It is hereby ORDERED that the above-captioned case is hereby dismissed *with prejudice*, with each side to bear its own costs and attorneys' fees.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

DATED: December 5, 2011